# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROGER POOLE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 07-CV-308-WDS |
| ) | |
| MEHLVILLE CHRYSLER, Inc., ) | |
| d/b/a METRO CHRYSLER CENTER, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

**STIEHL, District Judge:**

Before the Court is plaintiffs' motion to amend the Rule 58 judgment in this case which was entered on March 31, 2008 (Doc. 37). No response has been filed to this motion.

Upon review of the record, the Court **FINDS** that its Memorandum and Order granting plaintiffs' motion for summary judgment (*See* Doc. 35) inadvertently omitted an award of liquidated damages for the delinquent contributions made to the Welfare Trust in March and April of 2007. Accordingly, the Court **GRANTS** plaintiffs' motion to amend the Rule 58 judgment. The Court **VACATES** and **SETS ASIDE** the judgment entered in this case (Doc. 36). The Court *sua sponte* amends its Memorandum and Order of March 31, 2008, nunc pro tunc as follows:

> Therefore, the Court **GRANTS** plaintiffs' motion for summary judgment. The Court **ENTERS** judgment in favor of the plaintiffs Roger Poole, Tony Rippeto, Kenneth Ramsey, Chris Adelmann, and James Kelly, and against defendant, Mehlville Chrysler, Inc., d/b/a Metro Chrysler Center.

The Court **AWARDS** Roger Poole, Tony Rippeto, Kenneth Ramsey, Chris Adelmann, and James Kelly (collectively "Pension Trustees"), in their capacity as the members of the Joint Board of Trustees for the Pension Trust, $54,659.50 in compensatory damages, and $10,931.90 in liquidated damages.

The Court **FURTHER AWARDS** Roger Poole, Tony Rippeto, Kenneth Ramsey, Chris Adelmann, and James Kelly (collectively "Welfare Trustees"), in their capacity as the members of the Joint Board of Trustees for the Welfare Trust, $24,480.00 in compensatory damages, and $14,688.00 in liquidated damages on this claim.

The Court **FURTHER AWARDS** plaintiffs Roger Poole, Tony Rippeto, Kenneth Ramsey, Chris Adelmann, and James Kelly $5,633.50 in attorney fees.

The Court **DIRECTS** plaintiffs to file a Bill of Costs with the Clerk of the Court within twenty (20) days of the date of this Order.[1]

The Clerk of the Court is **DIRECTED** to enter judgment accordingly.

---

[1] Plaintiffs also seek an award of costs in the amount of $618.20, however, costs are assessed by the Clerk of the Court and plaintiffs should submit their petition for costs to the Clerk in accordance with this Order, with 28 U.S.C. §§ 1914, 1920, 1828 and with Local Rule 54.2.

**IT IS SO ORDERED.**

**DATED: April 8, 2008**

                  **s/ WILLIAM D. STIEHL**
                    **District Judge**