IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROGER POOLE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 07-CV-308-WDS |
| ) | |
| MEHLVILLE CHRYSLER, Inc., ) | |
| d/b/a METRO CHRYSLER CENTER, ) | |
| ) | |
| Defendants. ) | |

## AMENDED JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on plaintiff's motion for summary judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 31, 2008, judgment is entered in favor of the plaintiffs, **ROGER POOLE, TONY RIPPETO, KENNETH RAMSEY, CHRIS ADELMANN and JAMES KELLY, in their representative capacities as Trustees of the District No. 9, International Association of Machinists and Aerospace Workers Pension and Welfare Trusts,** and against the defendant, **MEHLVILLE CHRYSLER, INC., d/b/a METRO CHRYSLER CENTER.**

The Court **AWARDS** plaintiffs, **ROGER POOLE, TONY RIPPETO, KENNETH RAMSEY, CHRIS ADELMANN and JAMES KELLY (collectively "Pension Trustees")** in their capacity as the members of the Joint Board of Trustees for the Pension Trust, $54,659.50 in compensatory damages, and $10,931.90 in liquidated damages.

The Court **FURTHER AWARDS** plaintiffs, **ROGER POOLE, TONY RIPPETO, KENNETH RAMSEY, CHRIS ADELMANN and JAMES KELLY (collectively "Welfare Trustees")** in their capacity as the members of the Joint Board of Trustees for the Welfare Trust, $24,480.00 in compensatory damages and $14,688.00 in liquidated damages on this claim.

The Court **FURTHER AWARDS** plaintiffs **ROGER POOLE, TONY RIPPETO, KENNETH RAMSEY, CHRIS ADELMANN and JAMES KELLY** the amount of $5,633.50 in attorney fees.

**DATED** this 8th day of April, 2008.

**NORBERT G. JAWORSKI, CLERK**

BY: *s/Sandy Pannier*
**Deputy Clerk**

**APPROVED:**

*s/WILLIAM D. STIEHL*
**U. S. District Judge**